**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: Charese Ebony Johnson | Case No. 16-31620-KLP |
| Debtor | Chapter 13 |

___

**CHARESE EBONY JOHNSON,**

        **Plaintiff,**

v.                                                                                    Adv. Pro. No. 16-03152-KLP

**NC FINANCIAL SOLUTIONS OF UTAH, LLC,**
**d/b/a NETCREDIT**

        **Defendant.**
___

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Thomas D. Domonoske as counsel for Plaintiff, Charese Ebony Johnson, in the above-referenced Adversary Proceeding. Mr. Domonoske is admitted to practice before this Court. His contact information is as follows:

Thomas D. Domonoske, VSB # 35434
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA  22803
(540) 442-7706

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
Telephone (804) 358-9900
Counsel for Plaintiff

        Respectfully submitted,
        **Charese Ebony Johnson**
        By Counsel


By:  /s/ Mark C. Leffler
      Mark C. Leffler (VSB #40712)
      Boleman Law Firm, P.C.
      P.O. Box 11588
      Richmond, VA 23230
      Telephone (804) 358-9900
      Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I certify that on November 30, 2016, I have transmitted a true copy of the foregoing document by CM/ECF to Corey S. Booker, Esquire, attorney for NetCredit.


By:  /s/ Mark C. Leffler
      Counsel for Plaintiff