**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

| | |
|---|---|
| In re: Charese Ebony Johnson | Case No. 16-31620-KLP |
| **Debtor** | Chapter 13 |

Address:   5824 Westower Drive Apt B
           Richmond, VA 23225

Last four digits of Social Security No:  xxx-xx-3576 (Debtor)
_____

**CHARESE EBONY JOHNSON,**

      **Plaintiff,**

v.                                                                                              Adv. Pro. No. 16-03152-KLP

**NC FINANCIAL SOLUTIONS OF UTAH, LLC,**
**d/b/a NETCREDIT**

      **Defendant.**
_____

## NOTICE OF SETTLEMENT

The parties have agreed to a settlement in this matter and will submit appropriate documents to the Court once prepared and executed.

| | |
|---|---|
| Emily Connor Fort (VSB #83889) | Thomas D. Domonoske (VSB # 35434) |
| Mark C. Leffler (VSB #40712) | Consumer Litigation Associates |
| Boleman Law Firm, P.C. | 281 N. Mason Street, #811 |
| P.O. Box 11588 | Harrisonburg, VA  22803 |
| Richmond, VA 23230 | Telephone (540) 442-7706 |
| Telephone (804) 358-9900 | Counsel for Plaintiff |
| Counsel for Plaintiff | |

Respectfully submitted,
**Charese Ebony Johnson**
By Counsel

By: /s/ Mark C. Leffler
Emily Connor Fort (VSB #83889)
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230
Telephone (804) 358-9900
Counsel for Plaintiff

Thomas D. Domonoske (VSB # 35434)
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA 22803
Telephone (540) 442-7706
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on December 29, 2016, I have transmitted a true copy of the foregoing document by CM/ECF to Corey S. Booker, Esquire, attorney for NetCredit.

By: /s/ Mark C. Leffler
Counsel for Plaintiff